IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN MCELROY AND KATHLEEN MCELROY,<br><br>               Plaintiff,<br><br>vs.<br><br>TOM VILSACK, the Secretary of Agriculture of the United States; THE FEDERAL CROP INSURANCE CORPORATION; and THE RISK MANAGEMENT AGENCY,<br><br>               Defendants. | 4:14-CV-3128<br><br><br>ORDER |

      The Court has been advised that the parties in this case have settled their claims. Filing 39. Accordingly,

      IT IS ORDERED:

1. On or before April 17, 2015, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. This case is removed from the Court's trial docket.

4. The Clerk of the Court shall set a dismissal papers deadline of April 17, 2015.

Dated this 17th day of March, 2015.

                                                   BY THE COURT:

                                                   John M. Gerrard
                                                   United States District Judge